William Benkowsky and Carol Benkowsky, Plaintiffs-Appellants, v. Chicago Transit Authority, a Municipal Corporation, Defendant-Appellee.

Gen. No. 48,016.

First District, Second Division.

December 20, 1960.

Mortimer, Nolan, O'Malley & Dunne, of Chicago (Robert J. Nolan and John C. Ambrose, of counsel) for appellants; James E. Hastings, Paul Denvir, and William J. Lynch and William S. Allen, all of Chicago (James E. Hastings, of counsel) for appellee. Opinion by JUSTICE BRYANT. Not to be published in full.